IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 18 PM 3: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.                                        Civil No. 04-2195-Ml P

One 2001 Lexus LS430,
VIN JTHBN30F310040654, with All
Appurtenances and Attachments Thereon,

One 1997 Chevrolet Corvette,
VIN 1G1YY22G5V5104598, with All
Appurtenances and Attachments Thereon,

One 1999 Dodge Ram Van,
VIN 2B6HB11Z9XK584802, with All
Appurtenances and Attachments Thereon,

    Defendants.

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT

Before the Court is the government's motion to dismiss the Verified Complaint of Forfeiture in this case as moot. This case was previously stayed on the government's motion because of the related criminal case of United States v. Eric Brown, et al, No. 03-20169-B. As it now appears that not only has that case been resolved, but it has also resulted in the forfeiture of the defendant properties, this action is now moot.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-19-05

19

Therefore, upon motion of the United States, the complaint in the above-styled case is DISMISSED.

**IT IS ORDERED**, this 18 day of July, 2005.

_____
JON P. McCALLA
United States District Judge

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277, Tennessee)
(901)544-4231

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02195 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT